DAUGHTRY v. METRIC CONSTRUCTION CO.

No. 366P94

Case below: 115 N.C.App. 354

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

DIGGS v. DIGGS

No. 469P94

Case below: 116 N.C.App. 95

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

FIRST UNION NATIONAL BANK v. HINRICHS

No. 397P94

Case below: 113 N.C.App. 836

Petition by defendants (Michelle Lee Sheets Hinrichs and George C. Sheets) for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

H & W TRUCKING v. WARREN TRUCKING

No. 495P94

Case below: 115 N.C.App. 728

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

HONEYCUTT v. TRAVELERS INDEMNITY W.E.S. CO. OF RHODE ISLAND

No. 429P94

Case below: 115 N.C.App. 567

Petition by defendant (The Travelers Indemnity Co.) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 December 1994.